UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>PEPPERTREE – ATLANTIC BEACH ASSOCIATION, INC.,<br><br>Debtor. | CASE NO.: 15-02700-5-DMW<br>(Lead Case)<br><br>CHAPTER 11 |
| PEPPERTREE – ATLANTIC BEACH ASSOCIATION, INC.,<br><br>Plaintiff,<br>v.<br><br>JAMES T. RUSHER, *et al.*,<br><br>Defendants. | ADV. PRO. 16-00049-5-DMW<br><br>(UNIT 1A) |

**MOTION FOR CLERK'S ENTRY OF DEFAULT
AND MOTION FOR DEFAULT JUDGMENT**

NOW COME Hope Derby Carmichael and Paul T. Flick, Special Counsel for the Plaintiff-Debtor Peppertree-Atlantic Beach Association, Inc. (hereinafter referred to as "Plaintiff-Debtor") and hereby move the Court pursuant to Bankruptcy Rule 7055 and Federal Rule of Civil Procedure 55(b)(1) for entry of default and judgment by default as to the Defendants ROBERT B. PINER, ELLEN S. PINER, RUFUS HAMILTON, JR., MARSHA MITCHELL HAMILTON, SUZANNE T. SEDILLO, CRUZ M. SEDILLO, II, MAX J. WAUGH, FRANCHINE B. WAUGH, PAULA CARDI, JUDITH H. CURRIN, VERONICA BEESON, GORDON BEESON, DONALD R. MCILWEAN, KARLA P. MCILWEAN, ANTHONY C. ANGION and MARY P. ANGION (hereinafter referred to as the "Defendants"), and the Plaintiff-Debtor respectfully shows the Court as follows:

1.  Pursuant to the Court's Order Establishing Procedures entered on May 23, 2016, the Defendants in this Adversary Proceeding were served with process pursuant to the Bankruptcy Rules and the Federal Rules of Civil Procedure in the following manner: By mailing the Summons and Complaint by regular, first class United States mail, postage fully pre-paid, on June 9, 2016 as evidenced by the Certificate of Service previously filed herein on June 9, 2016.

2.  Pursuant to the Complaint filed and the Summons issued on June 9, 2016, the Defendants were allowed 30 days to file a motion or answer or other pleading after the date of the issuance of the Summons.

3.  The time for filing an answer or other pleading by the Defendants has expired, no answer or other pleading has been filed by the Defendants, and the Defendants have not otherwise appeared to defend the action. The Defendants have failed to plead or are otherwise subject to Entry of Default and Default Judgment as provided by the Bankruptcy Rules and the Federal Rules of Civil Procedure.

4.  To the Plaintiff-Debtor's knowledge, the Defendants are not in the military service and the Defendants are not infants, incompetent persons, or otherwise under disability.

**WHEREFORE**, the Plaintiff-Debtor respectfully prays of the Court as follows:

1.  That this Court enter default and default judgment as to the Defendants pursuant to the Federal Rules of Civil Procedure 55(b)(1); and

2.  That this Court determine that the Plaintiff-Debtor is entitled to the relief requested in the Complaint herein and that this Court enter an Order allowing the Debtor-

Plaintiff to sell the real property free and clear of co-tenant interests and/or timeshare ownership interests, with the timeshare ownership interests of the Debtor-Plaintiff, all named Defendants and consent Order Parties to attach to the proceeds of the sale, according to their priority under state and federal law and pursuant to the confirmed Chapter 11 Plan of Reorganization in the above-captioned Bankruptcy proceeding; and

    3.    For any such other and further relief as this Court may deem just and proper.

This the 15th day of July, 2016.

        **JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC**

        **BY:**   */s/Hope Derby Carmichael*

        **Hope Derby Carmichael**
        **NC State Bar No. 18146**
        *hcarmichael@jordanprice.com*
        **Paul T. Flick**
        **NC State Bar No. 13494**
        *pflick@jordanprice.com*
        **PO Box 10669**
        **Raleigh, NC 27605**
        **Telephone: (919) 828-2501**
        **Facsimile: (919) 834-8447**

        ***Special Counsel for Plaintiff-Debtor***
        ***Peppertree-Atlantic Beach Association, Inc.***

## CERTIFICATE OF SERVICE

I, Paul T. Flick, Post Office Box 10669, Raleigh, North Carolina 27605, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 15th day of July, 2016, I served copies of the foregoing Motion on the Bankruptcy Administrators and parties listed via CM/ECF or U.S. Mail, as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 07/15/2016

          JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC

          BY:   */s/Paul T. Flick*

          Paul T. Flick
          NC State Bar No. 13494
          *pflick@jordanprice.com*
          PO Box 10669
          Raleigh, NC 27605
          Telephone: (919) 828-2501
          Facsimile: (919) 834-8447

          *Special Counsel for Plaintiff-Debtor*
          *Peppertree-Atlantic Beach Association, Inc.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-5<br>Case 16-00049-5-DMW<br>Eastern District of North Carolina<br>Raleigh<br>Tue Jul 12 09:23:59 EDT 2016 | Anthony C. Angion<br>3815 Yolando Road<br>Baltimore, MD 21218-2044 | Mary P. Angion<br>3815 Yolando Road<br>Baltimore, MD 21218-2044 |
| Bankruptcy Administrator<br>Two Hannover Square, Ste. 640<br>434 Fayetteville Street<br>Raleigh, NC 27601-1701 | Gordon Beeson<br>5 Tsienneto Rd #128<br>Denny, NH 03038-1553 | Veronica Beeson<br>5 Tsienneto Rd #128<br>Denny, NH 03038-1553 |
| John T. Benson<br>402 W Mount Vernon Street<br>Nixa, MO 65714-9620 | Ronald Buren<br>1375 Partridge Pl N<br>Boynton Beach, FL 33436-5407 | Rosemarie Buren<br>1375 Partridge Pl N<br>Boynton Beach, FL 33436-5407 |
| Paula Cardi<br>7406A E Oak Island Dr<br>Oak Island, NC 28465-4309 | Hope Derby Carmichael<br>Jordan Price Wall Gray Jones & Carlton<br>1951 Clerk Avenue<br>Raleigh, NC 27605-1658 | Judith H. Currin<br>2055 Shady Grove Church Rd R<br>Staley, NC 27355-8132 |
| Paul T. Flick<br>Jordan, Price, Wall, Gray, Jones, Carlto<br>PO Box 10669<br>Raleigh, NC 27605-0669 | Marsha Mitchell Hamilton<br>309 Wendy Circle<br>Goldsboro, NC 27530-9338 | Rufus Hamilton Jr.<br>309 Wendy Circle<br>Goldsboro, NC 27530-9338 |
| Jason L. Hendren<br>Hendren Redwine & Malone, PLLC<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612-3367 | Donald R. McIlwean<br>1861 Poinsetta Drive<br>Acworth, GA 30102-1259 | Karla P. McIlwean<br>1861 Poinsetta Drive<br>Acworth, GA 30102-1259 |
| Peppertree-Atlantic Beach Association, Inc.<br>PO Box 1068<br>Atlantic Beach, NC 28512-1068 | Ellen S. Piner<br>PO Box 2006<br>Beaufort, NC 28516-5006 | Robert B. Piner<br>PO Box 2006<br>Beaufort, NC 28516-5006 |
| Edward Primka<br>1375 Partridge Pl N<br>Boynton Beach, FL 33436-5407 | Sally Primka<br>1375 Partridge Pl N<br>Boynton Beach, FL 33436-5407 | Rebecca F. Redwine<br>Hendren Redwine & Malone, PLLC<br>4600 Marriott Drive, Suite 150<br>Raleigh, NC 27612-3367 |
| Barbara M. Rusher<br>748 Hidden Valey Road<br>Salisbury, NC 28147-8119 | James T. Rusher<br>317 Hidden Creek Circle<br>Salisbury, NC 28147-7217 | Cruz Sedillo II<br>8508 Shelley Court<br>Bowie, MD 20720-4472 |
| Suzanne Sedillo<br>8508 SHELLEY COURT<br>Bowie, MD 20720-4472 | Unknown Heirs of Hazel S. Morris<br>303 Maple Lane<br>Morehead City, NC 28557-3130 | Francine B. Waugh<br>2034 Farragut Dr.<br>Stafford, VA 22554-2307 |

```
Max J. Waugh                    End of Label Matrix
2034 Farragut Dr.               Mailable recipients    30
Stafford, VA 22554-2307         Bypassed recipients     0
                                Total                  30
```